Brenna Bell (OSB #015199)
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214
brenna@crag.org
503-233-8044

Peter D. Jensen III (OSB # 235260)
Cascadia Wildlands
120 Shelton McMurphy Blvd., Ste. 250
Eugene, Oregon 97401
peter@cascwild.org
(541) 434-1463
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

**CASCADIA WILDLANDS,** an Oregon non-profit organization, **OREGON WILD**, an Oregon non-profit organization, and **UMPQUA WATERSHEDS**, an Oregon non-profit organization,

Plaintiffs,

v.

**UNITED STATES BUREAU OF LAND MANAGEMENT**, a federal agency,

Defendants.

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Case No.: 6:26-cv-00126-AP

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Cascadia Wildlands, Oregon Wild and Umpqua Watersheds<br>*Plaintiff(s)*<br>v.<br>United States Bureau of Land Management<br>*Defendant(s)* | Civil Action No. 6:26-cv-00126-AP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Bureau of Land Management
1849 C Street NW, Room 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brenna Bell
Crag Law Center
3141 E. Burnside St.
Portland, OR 97214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 01/22/2026**

**By: s/J. Wall, Deputy Clerk**

Civil Action No. 6:26-cv-00126-AP

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Bureau of Land Management was received by me on *(date)* January 22, 2026 .

❒ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

☒ Other *(specify)*: I served the Summons and Complaint by mail on January 23, 2026 to the address on Summons and by mail to the civil process clerk at the U.S. Attorney's office and the U.S. Attorney General in compliance with FRCP 4(i)(1),(2). Service is complete upon mailing per FRCP 5(b)(2)(C).

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: February 9, 2026

/s/ Brenna Bell
*Server's signature*

Brenna Bell
*Printed name and title*

Crag Law Center, 3141 E. Burnside, Portland, OR 97214
*Server's address*

Additional information regarding attempted service, etc:

9589 0710 5270 0365 7229 89

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | 0019 09 |
| $4.40 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $2.72 | 01/23/2026 |
| Total Postage and Fees $ $12.42 | |

Sent To: US Attny General, US DOJ

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW

City, State, ZIP+4®: Washington DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0365 7229 72

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

Eugene, OR 97401

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | 0019 09 |
| $4.40 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $2.72 | 01/23/2026 |
| Total Postage and Fees $ $12.42 | |

Sent To: Civil Process Clerk, US Attny office

Street and Apt. No., or PO Box No.: 405 E. 8th Ave, Ste 2400

City, State, ZIP+4®: Eugene OR 97401

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0365 7230 09

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

Roseburg, OR 97471

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | 0019 09 |
| $4.40 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $2.72 | 01/23/2026 |
| Total Postage and Fees $ $12.42 | |

Sent To: BLM, Roseburg office

Street and Apt. No., or PO Box No.: 777 NW Garden Valley Blvd

City, State, ZIP+4®: Roseburg OR 97471

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0365 7229 96

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

Washington, DC 20240

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | 0019 09 |
| $4.40 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $2.72 | 01/23/2026 |
| Total Postage and Fees $ $12.42 | |

Sent To: US Bureau of Land Mgt.

Street and Apt. No., or PO Box No.: 1849 C St. NW

City, State, ZIP+4®: Washington DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions