UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS** and **OREGON WILD**,<br><br>        Plaintiffs,<br>                    v.<br><br>**BUREAU OF LAND MANAGEMENT**, a federal agency,<br><br>        Defendant,<br>                        and<br><br>**AMERICAN FOREST RESOURCES COUNCIL**, **ASSOCIATION OF O & C COUNTIES**, Oregon corporations.<br><br>        Defendant-Intervenor. | Civil No. 6:26-cv-00126-MTK<br><br>**JOINT MOTION FOR ORDER REGARDING SCHEDULING** |

**JOINT MOTION**

Pursuant to LR 16, Plaintiffs Cascadia Wildlands and Oregon Wild ("Plaintiffs"), federal defendant ("BLM"), and defendant-intervenors American Forest Resources Council and Association of O & C Counties ("Defendant-Intervenors"), respectfully and jointly move the Court for an order governing proceedings in this matter.

1. This case concerns BLM's 42 Divide Forest Management Plan, about which plaintiffs filed a complaint on January 21, 2026.

JOINT MOTION FOR ORDER – Page 1

2. On June 30, this Court held a hearing regarding plaintiffs' motion for preliminary injunction. At the hearing, Judge Kasubhai instructed all parties to confer and propose a schedule for summary judgement on the merits of this case within 14 days.  Minutes of Proceedings (ECF No. 38)

3. This schedule takes into account the various travel and other commitments of all attorneys.

4. The parties propose the following schedule for resolving the parties' motions for summary judgment.  With the exception of Plaintiffs' Reply/Response, all other briefs will conform to the page/word limits in Local Rule 7-2(b).

| Action | Date |
| --- | --- |
| Plaintiffs file their Motion and Memorandum in Support for Summary Judgment | August 21, 2026 |
| Defendant files Response and Cross-Motion for Summary Judgment | September 16, 2026 |
| Defendant-Intervenors file Response and Cross-Motion for Summary Judgment | September 23, 2026 |
| Plaintiffs file Response/Reply (request a 45-page brief) | October 14, 2026 |
| Defendant and Defendant-Intervenors file Reply | November 10, 2026 |

Dated this 14th day of July 2026.

/s/Brenna Bell
Brenna Bell, OSB #015199
Crag Law Center
3141 E. Burnside St.
Portland, OR 97219

JOINT MOTION FOR ORDER – Page 2

Telephone: (503) 233-8044
Email: brenna@crag.org


Peter D. Jensen, III, OSB #235260
Cascadia Wildlands
120 Shelton McMurphy Blvd.
Eugene, Oregon 97440
Phone: (541) 434-1463
peter@cascwild.org

Attorneys for Plaintiffs


/s/ Shannon Boylan
Shannon Boylan, D.C. Bar #1724269
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
150 M Street N.E.
Washington, D.C. 20044-7611
Phone:  (202) 598-9584 / Fax:  (202) 305-0506
shannon.boylan@usdoj.gov

Attorney for Federal Defendant


/s/ Sara Ghafouri
Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, OR 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

Greg Hibbard, OSB #183602
American Forest Resource Council
924 Capitol Way South, Suite 102
Olympia, WA 98501
Telephone: (360) 352-3910
Fax: (360) 352-3917
Email: ghibbard@amforest.org
Dominic M. Carollo, OSB #093057
Carollo Law Group LLC
Mail:   P.O. Box 2456
Roseburg, OR 97470

Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com

Attorneys for Defendant-Intervenors